

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

January 27, 2023

**BY EMAIL**
The Honorable Andrew E. Krause
United States Magistrate Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. Kareem Ford*, **23 Mag. 436**

Dear Judge Krause:

The Government writes respectfully to request that the Court unseal the Complaint, 23 Mag. 436, and related arrest warrant in the above-referenced case, as the defendant has been arrested.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: ___/s/_____
Jennifer N. Ong
Ryan W. Allison
Nicholas S. Bradley
Assistant United States Attorneys
Southern District of New York
(914) 993-1926
(914) 993-1953
(212) 637-1581

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: January 27, 2023

cc:   All Counsel of Record (by Email)